**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1976-WJM

CLOVIS A. KAYE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

    This matter is before the Court on Plaintiff's Motion for Award of Attorneys' Fees ("Motion") Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed October 10, 2013. (ECF No. 22.) Defendant's Response was timely filed on October 31, 2013. (ECF No. 23.) The Response, however, only oppose Plaintiff's Motion to a limited extent. Specifically, Defendant's Response states "in the interest of conserving judicial resources, she will not oppose Plaintiff's Motion", but reiterates that an EAJA award is payable to the litigant, not his or her attorney. (ECF No. 23 at 1). Plaintiff's Reply acknowledges Defendant's qualified Response. (ECF No. 24 at 1.)

    The Court having reviewed the applicable record and the Motion hereby ORDERS as follows:

    Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act is GRANTED. The Defendant shall pay to Plaintiff reasonable attorney's

fees and expenses in the amount of $5,731.65.

Dated this 5th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge